UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL 29 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Joseph Wade Igo         #3531168

_(Enter above the full name of the plaintiff or plaintiffs in this action)._   _(Inmate Reg. # of each Plaintiff)_

**VERSUS**   CIVIL ACTION NO. 2:22-cv-00305
_(Number to be assigned by Court)_

Juwan Harris
TopLife Clothing Co.

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I.   **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____    No ✓

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:

      Plaintiffs: _____

      _____

      _____

      Defendants: _____

      _____

      _____

   2. Court (if federal court, name the district; if state court, name the county);

      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned:

      _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

      _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

II. **Place of Present Confinement:** S.C.R.J. Chas, WV 25309 1001 Centre Way

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No _____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____      No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: Im not filing a suit against the institution.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Joseph Wade Igo

        Address: 1001 Centre Way So. Chas, WV 25309

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: **Juwan Harris**

is employed as: **CEO**

at **Top Life Clothing Co.**

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I sent Juwan Harris $120.00 on June 12th 2022 for a Jersey. He never sent me the Jersey I ordered. He kept responding to text messages saying he had no Idea when the Jersey would arrive it was coming from China. He finally responded on July 16th 2022

IV.   Statement of Claim (continued):

Saying he would refund my money. He said he would refund my money on Cash App. He never refunded my money and he blocked me on Cash App when I requested a refund. I texted him saying he blocked me and he never refunded money also told him I was filing a suit against him, he said do whatever. I have all transaction and messages saved and recorded. Proof of everything.

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like my money refunded and him not to be able to continue scamming people out of there money. Put a lien against his business.

V.     Relief (continued)):

_____

_____

_____

_____

_____

VII.     Counsel

      A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

      B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

            Yes _____     No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: **Im currently incarcerated and not able to contact or pay.**

      C.     Have you previously had a lawyer representing you in a civil action in this court?

            Yes _____     No ✓

Joseph Igo #3500166
S.C.R.J.
1001 Centre Way
Chas. WV 25309



Charleston P&DC 253
WED 27 JUL 2022 AM

Clerk, United States District Court
P.O. Box 2546
Charleston, W.V. 25329

South Central Regional Jail
1001 Centre Way
Charleston, WV 25309